# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DONA LEEANNE JOHNSON § | |
| § | Civil Action No. 4:16-CV-975 |
| v. § | (Judge Schell/Judge Nowak) |
| § | |
| COMMISSIONER, SSA § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. #19) and Commissioner's Response (Dkt. #20), wherein Defendant states it has no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. #19) is **GRANTED**, and the Commissioner is directed to pay ten thousand three hundred thirty-seven dollars and no cents ($10,337.00) as reasonable attorney's fees and costs payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

SIGNED this the 13th day of June, 2018.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE